# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.

Rayan Sharaf
a/k/a "Feras Ghousheh"

)
)
)
)
)
)
)

Case No. 1:23-MJ-117

_____
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 2021 to July 2022_____ in the city/county of _____Centreville_____

in the _____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA John Gibbs/SAUSA Evan Mulbry
_____
*Printed name and title*

*Complainant's signature*

Jeffrey Schurott, Special Agent, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone
_____ *(specify reliable electronic means).*

Date: _____

John F. Anderson
Digitally signed by John F. Anderson
Date: 2023.06.06 11:50:48 -04'00'
_____
*Judge's signature*

City and state: _____Alexandria, Virginia_____

Hon. John F. Anderson, U.S. Magistrate Judge
_____
*Printed name and title*